**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                          **CASE NO. 4:20-CR-00099-001  LPR**

**LEVI DORRELLE WALKER**
**aka "BILLY WILLIAMS"**                                    **DEFENDANT**

## ORDER AMENDING JUDGMENT

It has come to the Court's attention that the Judgment and Commitment (Doc. #35) as to the above-named defendant should be amended to reflect the following correction:

1)    USM Number: **01602-509**.

All other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 16th day of April 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE